UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

| | |
|---|---|
| Kevin Calderone, George Schwin, Michael Zaleski, and Selena Lee,<br><br>    Plaintiffs,<br><br>v.<br><br>Michael Scott,<br><br>    Defendant. | Civ. No. 2:14-519-FtM-PAM-CM<br><br><br><br>**ORDER** |

This matter is before the Court on the Report and Recommendation ("R&R") of United States Magistrate Judge Carol Mirando dated January 9, 2017. In the R&R, Magistrate Judge Mirando recommends the dismissal of two opt-in Plaintiffs in this conditionally certified class action for failure to comply with Court orders, and to allow one other opt-in Plaintiff to withdraw from the action. No party has objected to the R&R in the time period permitted.

Accordingly, **IT IS HEREBY ORDERED that**:

1. The R&R (Docket No. 133) is **ADOPTED**;

2. Opt-in Plaintiff Samuel Flores may opt out from this action; and

3. Opt-in Plaintiffs Marie E. Langston and Roberto Torres are **DISMISSED** from this litigation for failure to comply with Court orders.

Dated:  January 31, 2017                           *s/Paul A. Magnuson*
                                                                               Paul A. Magnuson
                                                                               United States District Court Judge